IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| JEFFREY KLINGENBERG and JENNIFER KLINGENBERG,<br><br>Plaintiffs,<br><br>vs.<br><br>VULCAN LADDER USA, L.L.C.; GP INTERNATIONAL CO, L.L.C.; and GP INTERNATIONAL COMPANY,<br><br>Defendants. | No. C 15-4012-KEM<br><br>**JOINT MOTION RE CORPORATE DEFENDANTS** |

COME NOW the parties and jointly make the following motion regarding the corporate defendants in this case:

1. Pursuant to the Court's Order re Additional Discovery (Docket 84) the parties proceeded with a 30(b)(6) deposition on September 14, 2017.

2. Based on the deposition testimony, the parties have agreed to the status of the three corporate defendants as it relates to this action. Specifically, the parties agree that the ladder Mr. Klingenberg was using at the time of his injury was designed and distributed by defendant Vulcan USA, LLC and manufactured and sold by defendant GP International Company.

3. Accordingly, the parties ask that the Court amend Section I(B) of the Final Pretrial Order to read as follows:

> B. The ladder Mr. Klingenberg was using was designed and distributed by defendant Vulcan and manufactured and sold by defendant GP International Company.

4. The parties also ask that the Court amend the first two sentences of Proposed Instruction No. 1, third unnumbered paragraph to read as follows:

> This is a civil case brought by Plaintiffs Jeffrey Klingenberg and Jennifer Klingenberg against Defendants Vulcan Ladder USA, LLC, and G.P. International Company. On February 22, 2013, Mr. Klingenberg was using a ladder designed and distributed by Defendant Vulcan and manufactured and sold by G.P. International Company.

5. If the Court grants this motion, the parties have agreed to the following additional terms to which they would like to make the Court aware:

   A. Neither side will use the 30(b)(6) transcript or any portion of it at trial.

   B. The "*First*" and "*Second*" paragraphs of Proposed Instruction No. 9 will not be changed.

   C. Plaintiffs will dismiss GP International Co LLC. The jury will not be told of the dismissal or the fact that at one time there were more than just the two remaining defendants.

WHEREFORE, the Parties request that the Court grant this motion, amend the Final Pretrial Order as requested, amend Proposed Instruction No. 9 as requested, and allow the parties to proceed to effectuate this agreement as outlined above.

| BALL, KIRK, & HOLM, P.C. | LEDERER WESTON CRAIG PLC |
|---|---|
| David W. Stamp  #AT0007426 | Gregory M. Lederer #AT0004668 |
| Eashaan Vajpeyi #AT0011094 | 118 Third Avenue SE, Suite 700 |
| 3324 Kimball Avenue | P.O. Box 1927 |
| P.O. Box 2696 | Cedar Rapids, IA 52406 |
| Waterloo, Iowa 50704-2696 | Telephone: (319) 365-1184 |
| (319) 234-2638 / (319) 234-2237 fax | Facsimile: (319) 365-1186 |

| | |
|---|---|
| dstamp@ballkirkholm.com<br>evajpeyi@ballkirkholm.com<br><br>/s/ David W. Stamp<br><br>VALENTINE LAW OFFICE, P.C.<br>Janece Valentine #AT0008014<br>809 Central Avenue, Suite 415<br>Fort Dodge, Iowa 50501<br>(515) 955-5544 / (515) 955-5580 fax<br>jvalentine@valentinelaw.net<br><br>**ATTORNEYS FOR PLAINTIFFS** | glederer@lwclawyers.com<br><br>/s/ Gregory M. Lederer<br><br>McVey & Parsky, LLC<br>Mark Parsky<br>Paul Kaulas<br>30 North LaSalle Street, Ste. 2100<br>Chicago, IL 60602<br>mep@mcveyparsky-law.com<br>pvk@mcveyparsky-law.com<br><br>**ATTORNEYS FOR DEFENDANTS** |